IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT L. BUTLER                                           PLAINTIFF

               v.                Civil No. 03-1175

JAMES ROBINSON, Sheriff, Ashley
County, Arkansas; JIM CLUP, Investigator,
Ashley County Sheriff's Department; and
CALVIN FRIERSON, City of Hamburg,
Arkansas, Police Department                              DEFENDANTS

## **O R D E R**

Before the court is the application to proceed in forma pauperis (IFP) (Doc. 73) filed herein by the plaintiff, Robert L. Butler. The plaintiff's complaint was filed under 42 U.S.C. § 1983 against the defendants. (Doc. 1.) On July 28, 2005, an evidentiary hearing was conducted, and at the conclusion of the hearing, Magistrate Judge Bobby E. Shepherd took the matter under advisement for issuance of a report and recommendation. (Doc. 54.) On September 28, 2005, Judge Shepherd issued a report, recommending that judgment be entered in the defendants' favor and the complaint be dismissed with prejudice. (Doc. 66.) The plaintiff then filed objections and a supplement to his objections (Docs. 68-69), which the undersigned considered prior to adopting the report and recommendations after *de novo* review of the record (Doc. 72).

On November 16, 2005, plaintiff filed his notice of appeal (Doc. 74) and his application to proceed IFP on appeal (Doc. 73). From the application, it is found that plaintiff is unable to pay the filing fee for this appeal. *See* 28 U.S.C. § 1915(a)(1).

However, 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma

pauperis if the trial court certifies in writing that it is not taken in good faith." For the reasons stated in both the report and recommendation and this court order adopting that report, entry of judgment in favor of the defendants was appropriate. Therefore, this appeal is not taken in good faith. Accordingly, plaintiff's application to proceed IFP on appeal should be and is hereby denied.

Plaintiff must pay the full filing fee of $255.00 no later than December 21, 2005, or renew his application to proceed IFP with the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 22nd day of November 2005.

                                                          **/s/ Harry F. Barnes**
                                           _____
                                           HON. HARRY F. BARNES
                                           UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)